B1 (Official Form 1)(04/13)

| United States Bankruptcy Court<br>Eastern District of California | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**ABATECO, a California corporation** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all)<br>**77-0195294** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**3605 Renfro Road**<br>**Bakersfield, CA**<br>ZIP Code **93314** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Kern** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | **3605 Renfro Road**<br>**Bakersfield, CA 93314** |

**Type of Debtor**
(Form of Organization) (Check one box)
- ☐ Individual (includes Joint Debtors)
  *See Exhibit D on page 2 of this form.*
- ■ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business**
(Check one box)
- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ■ Other

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)
- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Chapter 15 Debtors**
Country of debtor's center of main interests:

Each country in which a foreign proceeding by, regarding, or against debtor is pending:

**Tax-Exempt Entity**
(Check box, if applicable)
- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Nature of Debts**
(Check one box)
- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ■ Debts are primarily business debts.

**Filing Fee** (Check one box)
- ■ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ■ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 *(amount subject to adjustment on 4/01/16 and every three years thereafter)*.

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**
- ■ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

Estimated Assets

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |

Estimated Liabilities

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **ABATECO, a California corporation** |

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) | | |
|---|---|---|
| Location<br>Where Filed:  **- None -** | Case Number: | Date Filed: |
| Location<br>Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor:<br>**- None -** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| | (To be completed if debtor is an individual whose debts are primarily consumer debts.) |
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). |
| ☐ Exhibit A is attached and made a part of this petition. | X _____<br>   Signature of Attorney for Debtor(s)          (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

## Voluntary Petition
*(This page must be completed and filed in every case)*

**Name of Debtor(s):**
**ABATECO, a California corporation**

### Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
    Signature of Debtor

X _____
    Signature of Joint Debtor

_____
Telephone Number (if not represented by attorney)

_____
Date

### Signature of Attorney*

X */s/ Leonard K. Welsh*
    Signature of Attorney for Debtor(s)

**Leonard K. Welsh 097954**
Printed Name of Attorney for Debtor(s)

**Law Office of Leonard K. Welsh**
Firm Name

**4550 California Avenue, Second Floor**
**Bakersfield, CA 93309**

_____
Address

                    **Email: lwelsh@lkwelshlaw.com**
**661-328-5328  Fax: 661-760-9900**
Telephone Number

**November 4, 2015**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X */s/ Mary Blanton*
    Signature of Authorized Individual

**Mary Blanton**
Printed Name of Authorized Individual

**President**
Title of Authorized Individual

**November 4, 2015**
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
    Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(h); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. §110; 18 U.S.C. §156.*

# United States Bankruptcy Court
## Eastern District of California

In re    **ABATECO, a California corporation**                                   Case No. _____

                                              Debtor(s)          Chapter        **11**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.   Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

      For legal services, I have agreed to accept _____  $  <u>See attached</u>

      Prior to the filing of this statement I have received _____  $  <u>See attached</u>

      Balance Due _____  $  <u>See attached</u>

2.   The source of the compensation paid to me was:

      ■ Debtor        ☐ Other (specify):

3.   The source of compensation to be paid to me is:

      ■ Debtor        ☐ Other (specify):

4.   ■   I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

      ☐   I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.   In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

      a.   Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
      b.   Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
      c.   Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
      d.   [Other provisions as needed]
         **Negotiations with secured creditors to reduce to market value; exemption planning; preparation and filing of reaffirmation agreements and applications as needed; preparation and filing of motions pursuant to 11 USC 522(f)(2)(A) for avoidance of liens on household goods.**

6.   By agreement with the debtor(s), the above-disclosed fee does not include the following service:
      **Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or any other adversary proceeding.**

---

### CERTIFICATION

    I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated:   **November 4, 2015**                          /s/ Leonard K. Welsh
_____                      _____
                                                     **Leonard K. Welsh 097954**
                                                     **Law Office of Leonard K. Welsh**
                                                     **4550 California Avenue, Second Floor**
                                                     **Bakersfield, CA 93309**
                                                     **661-328-5328  Fax: 661-760-9900**
                                                     **lwelsh@lkwelshlaw.com**

## ATTACHMENT

      Debtor agreed to pay the Law Offices of Leonard K. Welsh a fee for legal services rendered in the present Chapter 11 Bankruptcy proceeding based on the following fees schedule:

| | |
|---|---|
| Leonard K. Welsh | $300.00 per hour |
| Legal Assistants | $125.00 per hour |

plus costs.

      The Law Offices of Leonard K. Welsh was paid $6,267.00 by Debtor for services rendered and costs incurred by the firm through November 5, 2015. All fees and costs incurred by the firm after November 5, 2015 will be paid after an Application for Allowance of Attorneys fees and Costs is approved by the Bankruptcy Court as part of the Debtor's case.

B6 Summary (Official Form 6 - Summary) (12/14)

# United States Bankruptcy Court
### Eastern District of California

In re    **ABATECO, a California corporation**

Debtor

Case No. _____

Chapter _____ **11**

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each.  Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided.  Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 1,300,000.00 | | |
| B - Personal Property | Yes | 6 | 503,249.17 | | |
| C - Property Claimed as Exempt | Yes | 1 | | | |
| D - Creditors Holding Secured Claims | Yes | 4 | | 1,026,202.00 | |
| E - Creditors Holding Unsecured Priority Claims  (Total of Claims on Schedule E) | Yes | 3 | | 114,678.53 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 12 | | 960,699.93 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 2 | | | 0.00 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 2 | | | 0.00 |
| Total Number of Sheets of ALL Schedules | | 33 | | | |
| Total Assets | | | 1,803,249.17 | | |
| Total Liabilities | | | | 2,101,580.46 | |

B 6 Summary (Official Form 6 - Summary) (12/14)

# United States Bankruptcy Court
### Eastern District of California

In re    **ABATECO, a California corporation**

_____,
Debtor

Case No. _____

Chapter_____11_____

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | |
| Student Loan Obligations (from Schedule F) | |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | |
| TOTAL | |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 12) | |
| Average Expenses (from Schedule J, Line 22) | |
| Current Monthly Income (from Form 22A-1 Line 11; OR, Form 22B Line 14; OR, Form 22C-1 Line 14 ) | |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | |
| 4. Total from Schedule F | | |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | |

B6A (Official Form 6A) (12/07)

In re   **ABATECO, a California corporation**                                    ,                Case No. _____
                                                                              Debtor

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **Real property located at 3605 Renfro Road Bakersfield, CA 93314** | **Fee simple** | - | 1,300,000.00 | 797,560.61 |

|  |  |  |
|---|---|---|
| Sub-Total > | **1,300,000.00** | (Total of this page) |
| Total > | **1,300,000.00** |  |

**0**   continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

B6B (Official Form 6B) (12/07)

In re  **ABATECO, a California corporation**                              ,    Case No. _____

                                                  Debtor

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."
If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1.  Cash on hand | X | | | |
| 2.  Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Money on Deposit** <br><br> **JP MORGAN CHASE BANK** <br> **Bakersfield, CA** <br> ------------------ <br> **Account Type: Checking** <br> **Account No.: XX7642** <br> **Balance: $0.00** <br><br> **BANK OF THE WEST** <br> **Bakersfield, CA** <br> ------------------------- <br> **Account Type: Checking** <br> **Account No.: XX3620** <br> **Balance: $3,668.21** <br> --- <br> **Account Type: Savings** <br> **Account No.: XX5675** <br> **Balance: $$3,250.00** <br><br> **WESTAMERICA BANK** <br> **Bakersfield, CA** <br> -------------------------- <br> **Account Type: Checking** <br> **Account No.: XX3678** <br> **Balance: $0.00** | - | 6,918.21 |
| 3.  Security deposits with public utilities, telephone companies, landlords, and others. | | **Security Deposit** <br><br> **PG&E** <br> **1918 H Street** <br> **Bakersfield, CA** | - | 500.00 |
| 4.  Household goods and furnishings, including audio, video, and computer equipment. | X | | | |

|  |  | Sub-Total > | 7,418.21 |
|---|---|---|---|
|  |  | (Total of this page) | |

  **5**   continuation sheets attached to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re    **ABATECO, a California corporation**                                        ,    Case No. _____
                                      Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 5.  Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6.  Wearing apparel. | X | | | |
| 7.  Furs and jewelry. | X | | | |
| 8.  Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9.  Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | **Workers Compensation Insurance**<br><br>**Federal Insurance Company**<br>**15 Mountain View Road**<br>**Warren, NJ 07059**<br><br>**Commercial Automobile Insurance**<br><br>**Century-National Insruance Company**<br>**P.O. Box 3999**<br>**North Hollywood, CA 91609**<br><br>**Commercial General Liability Insurance**<br><br>**Crum & Forster**<br>**305 Madison Avenue**<br>**Morristown, NJ 07960** | -<br><br><br><br>-<br><br><br><br>-<br> | 0.00<br><br><br><br>0.00<br><br><br><br>0.00 |
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars.  (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |

|  |  |
|---|---|
| Sub-Total > | 0.00 |
| (Total of this page) | |

Sheet __1__ of __5__ continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re    **ABATECO, a California corporation**                                         ,    Case No. _____
                                                              Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | | **Accounts Receivable** <br><br> **Account Receivable list available upon request** | - | 95,016.96 |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | | **Contractors License** <br><br> **Contractors State License Board** <br> **P.O. Box 26000** <br> **Sacramento, CA 95826** | - | 0.00 |

|  | Sub-Total > | 95,016.96 |
|---|---|---|
|  | (Total of this page) | |

Sheet __2__ of __5__ continuation sheets attached
to the Schedule of Personal Property

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com                                                    Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re __ABATECO, a California corporation_____,    Case No. _____
                                                    Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | **Certificate of Registration for Asbestos Related Work** | - | 0.00 |
| | | **State of California Department Industrial Relations 525 Golden Gate Avenue San Francisco, CA** | | |
| | | **Asbestos Certification** | - | 0.00 |
| | | **Contractors State License Board P.O. Box 2600 Sacramento, CA 95826** | | |
| | | **Non-Expiring Motor Carrier Permit** | - | 0.00 |
| | | **Department of Motor Vehicles Motor Carrier Services Branch P.O. Box 93270 Sacramento, CA 94232-3700** | | |
| | | **Bakersfield City Business License** | - | 0.00 |
| | | **City of Bakersfield P.O. Box 2057 Bakersfield, CA 93303** | | |
| | | **Visalia City Business License** | - | 0.00 |
| | | **City of Visalia Business Tax Division 315 East Acequia Avenue P.O. Box 4002 Visalia, CA 93278** | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | **2013 GMC Sierra truck (5301) 3605 Renfro Road Bakersfield, CA 93314** | - | 38,523.00 |

|  | Sub-Total > | 38,523.00 |
|---|---|---|
|  | (Total of this page) | |

Sheet __3__ of __5__ continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re  **ABATECO, a California corporation**                               Case No. _____
_____,
                                    Debtor

## SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | **2013 GMC Sierra truck (1005)**<br>**3605 Renfro Road**<br>**Bakersfield, CA 93314** | - | **36,735.00** |
| | | **2013 GMC Sierra truck (0715)**<br>**3605 Renfro Road**<br>**Bakersfield, CA 93314** | - | **19,588.00** |
| | | **2013 GMC Sierra truck (9564)**<br>**3605 Renfro Road**<br>**Bakersfield, CA 93314** | - | **19,588.00** |
| | | **2013 GMC Sierra truck (2609)**<br>**3605 Renfro Road**<br>**Bakersfield, CA 93314** | - | **32,157.00** |
| | | **2013 GMC Sierra truck (1055)**<br>**3605 Renfro Road**<br>**Bakersfield, CA 93314** | - | **18,279.00** |
| | | **2013 GMC Sierra truck (0236)**<br>**3605 Renfro Road**<br>**Bakersfield, CA 93314** | - | **16,478.00** |
| | | **2013 GMC Sierra truck (4425)**<br>**3605 Renfro Road**<br>**Bakersfield, CA 93314** | - | **22,306.00** |
| | | **Other Vechicles and Trailers**<br>**3605 Renfro Road**<br>**Bakersfield, Ca 93314** | - | **38,400.00** |
| | | **See attached Exhibit "1"** | | |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | | **Office equipment and furnishings**<br>**3605 Renfro Road**<br>**Bakersfield, CA 93314** | - | **2,750.00** |
| | | **Copier**<br>**Fax Machine**<br>**Computers**<br>**Printers**<br>**Desks and Chairs**<br>**File Cabinets** | | |

Sub-Total >     **206,281.00**
(Total of this page)

Sheet __4__ of __5__ continuation sheets attached
to the Schedule of Personal Property

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com

B6B (Official Form 6B) (12/07) - Cont.

In re    **ABATECO, a California corporation**                                    Case No. _____
                                                                    ,
                                                  Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 29. Machinery, fixtures, equipment, and supplies used in business. | | **John Deere 50D Excavator**<br>**3605 Renfor road**<br>**Bakersfield, CA 93314** | - | **30,950.00** |
| | | **John Deere 50D Excavator**<br>**3605 Renfro Road**<br>**Bakersfield, CA 93314** | - | **30,950.00** |
| | | **John Deere 323 D Track Loader**<br>**3605 Renfro Road**<br>**Bakersfield, CA 93314** | - | **22,300.00** |
| | | **John Deere 323 D Track Loader**<br>**3605 Renfro Road**<br>**Bakersfield, CA 93314** | - | **22,300.00** |
| | | **Other Equipment and Machinery**<br>**3605 Renfro Road**<br>**Bakersfield, CA 93314** | - | **49,510.00** |
| | | **See attached Exhibit "2"** | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

|  |  |
|---|---|
| Sub-Total > (Total of this page) | **156,010.00** |
| Total > | **503,249.17** |

Sheet __5__ of __5__ continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com

**EXHIBIT "1"**

OTHER VEHICLES AND TRAILERS

| Description | Value ($) |
|---|---|
| 2001 Chevrolet Truck | $500.00 |
| 2001 Chevrolet Truck | $500.00 |
| 1970 Uhaul 24' Trailer | $500.00 |
| 1977 Uhaul 24' Trailer | $500.00 |
| 1966 Dump Truck | $1,000.00 |
| 1989 Flat Trailer | $200.00 |
| 1989 Flat Trailer | $200.00 |
| 1988 Peterbilt Truck & Trailer | $2,500.00 |
| Equipment Trailer | $15,000.00 |
| 1982 International Dump Truck | $2,500.00 |
| 1988 Ford Dump Truck | $2,500.00 |
| Specialty Trailer | $500.00 |
| 1993 Dump Truck | $2,000.00 |
| 1998 Dump Truck | $2,000.00 |
| 1998 Dump Truck | $2,000.00 |
| 2005 Chevrolet Truck #341 | $1,500.00 |
| 2005 Chevrolet Truck #342 | $1,500.00 |
| 1990 Kenworth Truck | $2,500.00 |
| Box Trailer | $500.00 |
|  |  |
| **TOTAL** | **$38,400.00** |

**EXHIBIT "2"**

**ABATECO**

## MACHINERY AND EQUIPMENT

| Description | Value |
|---|---|
| Miscellaneous Hand tools, ladders, and safety equipment | $20,00.00 |
| 3M PAPRS Respirator w/Chargers | $100.00 |
| Air One Sampling Pump | $100.00 |
| Air One Sampling Pump | $100.00 |
| Portable Generator | $50.00 |
| Portable Generator | $500.00 |
| Portable Generator | $500.00 |
| Portable Water System | $200.00 |
| Insta Water Heaters | $50.00 |
| Cold 2500 PSI Airless | $250.00 |
| Permanent Compressor | $100.00 |
| Dumpster | $750.00 |
| Excavator | $5,000.00 |
| Lazer Level | $100.00 |
| Hotzy | $250.00 |
| John Deere 250 Wheels | $1,000.00 |
| Open Top Dumpster | $750.00 |
| Dumpster | $750.00 |
| Open Top Dumpster | $750.00 |
| Pulman Holt Vacuum | $50.00 |
| (4)Aerospace Negairs | $1,000.00 |
| Dehumidifier/Blower | $500.00 |
| Shop Heater | $50.00 |
| Drill Kits | $50.00 |
| Drill Kits | $50.00 |
| Air Hammers | $50.00 |
| Jack Hammer | $50.00 |
| Pancake Compressor | $50.00 |
| Permanent Compressor | $100.00 |
| (2) Drills @ $50 each | $100.00 |
| (4) Drills @ $50 each | $200.00 |
| Makits Stapler | $10.00 |
| Trailer Equipment | $5,000.00 |
| Water Tank Trailer 50 | $500.00 |
| Office Trailer | $4,000.00 |
| Brother PR-6XX | $200.00 |

| Waterbuffalo Trailer | $500.00 |
|---|---|
| Dumpster – Roll Top | $750.00 |
| Dumpster – Roll Top | $750.00 |
| Dumpster – Open Top | $750.00 |
| Dumpster – Open Top | $750.00 |
| Small Dumpster | $500.00 |
| Dumpster – Roll Top | $750.00 |
| Dumpster – Roll Top | $750.00 |
| Dumpster – Roll Top | $750.00 |
| | |
| **TOTAL** | **$49,510.00** |

B6C (Official Form 6C) (4/13)

In re    **ABATECO, a California corporation**
                                                                                    ,        Case No. _____
                                                Debtor

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:        ☐ Check if debtor claims a homestead exemption that exceeds
(Check one box)                                                                $155,675. *(Amount subject to adjustment on 4/1/16, and every three years thereafter*
☐ 11 U.S.C. §522(b)(2)                                                            *with respect to cases commenced on or after the date of adjustment.)*
■ 11 U.S.C. §522(b)(3)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| **NONE.** | | | |

___0___  continuation sheets attached to Schedule of Property Claimed as Exempt

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com                                                    Best Case Bankruptcy

B6D (Official Form 6D) (12/07)

In re **ABATECO, a California corporation**
,
    Debtor

Case No. _____

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

    State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

    List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

    If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

    If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

    Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community<br>H / W / J / C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Creditor #: 1**<br>aJoseph E. Abraham Trust<br>1414 South Miller Street, Suite E<br>Santa Maria, CA 93454 | | - | **First deed of trust against**<br><br>**real property located at 3605 Renfro Road, Bakersfield, CA 93314**<br><br>Value $       **1,300,000.00** | | | | 432,779.00 | 0.00 |
| Account No. **4756**<br><br>**Creditor #: 2**<br>**Ally Financial**<br>PO Box 380902<br>Minneapolis, MN 55438 | | - | **Purchase money security interest against**<br><br>**2013 GMC Sierra truck (104425)**<br><br>Value $       **22,306.00** | | | | 20,979.66 | 0.00 |
| Account No. **1768**<br><br>**Creditor #: 3**<br>**Ally Financial**<br>PO Box 380902<br>Minneapolis, MN 55438 | | - | **Purchase money security interest against**<br><br>**2013 GMC Sierra truck (2609)**<br><br>Value $       **32,157.00** | | | | 20,920.83 | 0.00 |
| Account No. **5146**<br><br>**Creditor #: 4**<br>**Ally Financial**<br>PO Box 380902<br>Minneapolis, MN 55438 | | - | **Purchase money security interest against**<br><br>**2013 GMC Sierra truck (0715)**<br><br>Value $       **19,588.00** | | | | 18,502.12 | 0.00 |

**3** continuation sheets attached

Subtotal
(Total of this page)    493,181.61    0.00

B6D (Official Form 6D) (12/07) - Cont.

In re  **ABATECO, a California corporation**                                    Case No. _____
                                                          Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. 7428 | | | Purchase money security interest against | | | | | |
| Creditor #: 5<br>Ally Financial<br>PO Box 380902<br>Minneapolis, MN 55438 | | - | 2013 GMC Sierra truck (9564) | | | | | |
| | | | Value $          19,588.00 | | | | 18,120.49 | 0.00 |
| Account No. 1771 | | | Purchase money security interest against | | | | | |
| Creditor #: 6<br>Ally Financial<br>PO Box 380902<br>Minneapolis, MN 55438 | | - | 2013 GMC Sierra truck (151055) | | | | | |
| | | | Value $          18,279.00 | | | | 21,363.50 | 3,084.50 |
| Account No. 4119 | | | Purchase money security interest against | | | | | |
| Creditor #: 7<br>Ally Financial<br>PO Box 380902<br>Minneapolis, MN 55438 | | - | 2013 GMC Sierra truck (300236) | | | | | |
| | | | Value $          16,478.00 | | | | 21,166.36 | 4,688.36 |
| Account No. 5924 | | | Purchase money security interest against | | | | | |
| Creditor #: 8<br>Ally Financial<br>PO Box 380902<br>Minneapolis, MN 55438 | | - | 2013 GMC Sierra truck (1005) | | | | | |
| | | | Value $          36,735.00 | | | | 32,483.12 | 0.00 |
| Account No. 7009 | | | Purchase money security interest against | | | | | |
| Creditor #: 9<br>Ally Financial<br>PO Box 380902<br>Minneapolis, MN 55438 | | - | 2013 GMC Sierra truck (5301) | | | | | |
| | | | Value $          38,523.00 | | | | 33,105.31 | 0.00 |

Sheet __1__ of __3__ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal
(Total of this page)

| | |
|---|---|
| 126,238.78 | 7,772.86 |

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com                              Best Case Bankruptcy

B6D (Official Form 6D) (12/07) - Cont.

In re    **ABATECO, a California corporation**                                   ,    Case No. _____

                                                              **Debtor**

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H | W | J C | | | | | | |
| Account No. | | | | | Purchase money security interest against | | | | | |
| **Creditor #: 10**<br>**bJohn Deere Financial**<br>**P.O. Box 4450**<br>**Carol Stream, IL 60197-4450** | | | | - | **(2) John Deere 50D Excavators and (2) John Deere 323D Track Loaders** | | | | | |
| | | | | | Value $          106,500.00 | | | | 42,000.00 | 0.00 |
| Account No. | | | | | State tax lien recorded 9/19/2014 | | | | | |
| **Creditor #: 11**<br>**cEmployment Development Department**<br>**Lien Group, MIC 92G**<br>**P.O. Box 826880**<br>**Sacramento, CA 94280-0001** | | | | - | **Employee withholding taxes**<br>**Period: 1/1/2014 to 3/31/2014** | | | | | |
| | | | | | Value $         1,141,828.78 | | | | 16,588.99 | 0.00 |
| Account No. | | | | | Federal tax lien recorded 10/28/2014 | | | | | |
| **Creditor #: 12**<br>**dInternal Revenue Service**<br>**P.O. Box 145585, Stop 8420G**<br>**Cincinnati, OH 45250-5585** | | | | - | **Tax Form 941**<br>**Period: 10/1/2013 to 12/31/2013 and 1/1/2014 to 3/31/2014** | | | | | |
| | | | | | Value $         1,125,239.79 | | | | 95,875.16 | 0.00 |
| Account No. | | | | | State tax lien recorded 3/10/2015 | | | | | |
| **Creditor #: 13**<br>**eEmployment Development Dept**<br>**Lien Group, MIC 92G**<br>**P.O. Box 826880**<br>**Sacramento, CA 94280-0001** | | | | - | **Employee withholding taxes**<br>**Period: 7/1/2014 to 9/30/2014** | | | | | |
| | | | | | Value $         1,029,364.63 | | | | 1,909.41 | 0.00 |
| Account No. | | | | | Federal tax lien recorded 5/20/2015 | | | | | |
| **Creditor #: 14**<br>**fInternal Revenue Service**<br>**P.O. Box 145585, STOP 8420G**<br>**Cincinnati, OH 45250-5585** | | | | - | **Employee withholding taxes**<br>**Tax Form 941**<br>**Period: 712014 to 9/30/2014** | | | | | |
| | | | | | Value $         1,027,455.22 | | | | 75,445.81 | 0.00 |

Sheet __2__ of __3__ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal
(Total of this page)

| 231,819.37 | 0.00 |
|---|---|

B6D (Official Form 6D) (12/07) - Cont.

In re    **ABATECO, a California corporation**          Case No. _____

_____
                                                        Debtor

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | | |
| **Account No.** | | | | State tax lien recorded 6/12/2015 | | | | | |
| **Creditor #: 15** gEmployment Development Dept Lien Group, MIC 92G P.O. Box 826880 Sacramento, CA 94280 | | - | | Employee withholding taxes Period: 10/1/2014 to 12/31/2014 | | | | | |
| | | | | Value $          952,009.41 | | | | 726.32 | 0.00 |
| **Account No.** | | | | Federal tax lien recorded 6/23/2015 | | | | | |
| **Creditor #: 16** hInternal Revenue Service P.O. Box 145585, STOP 8420G Cincinnati, OH 45250-5585 | | - | | Employee withholding taxes Tax Form 941 Period: 4/1/2014 to 6/30/2014 | | | | | |
| | | | | Value $          951,283.09 | | | | 93,927.36 | 0.00 |
| **Account No.** | | | | Federal tax lien recorded 8/4/2015 | | | | | |
| **Creditor #: 17** iInternal Revenue Service P.O. Box 145585, STOP 8420G Cincinnati, OH 45250-5585 | | - | | Employee withholding taxes Tax Forms 940 and 941 Period: 10/1/2014 to 12/31/2014 | | | | | |
| | | | | Value $          857,355.73 | | | | 80,308.56 | 0.00 |
| **Account No.** | | | | | | | | | |
| | | | | Value $ | | | | | |
| **Account No.** | | | | | | | | | |
| | | | | Value $ | | | | | |

Sheet **3** of **3** continuation sheets attached to Schedule of Creditors Holding Secured Claims

Subtotal (Total of this page) **174,962.24** | **0.00**

Total (Report on Summary of Schedules) **1,026,202.00** | **7,772.86**

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

B6E (Official Form 6E) (4/13)

In re    **ABATECO, a California corporation**                                                    Case No. _____

                                                    Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $12,475* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $6,150* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,775* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

■ **Taxes and certain other debts owed to governmental units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

*Amount subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

**2**___ continuation sheets attached

In re **ABATECO, a California corporation** _____, Case No. _____

Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Taxes and Certain Other Debts
Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | | AMOUNT ENTITLED TO PRIORITY |
| Account No. **xxx-x262-8** **Creditor #: 1** **Employment Development Department** P.O. Box 826215 MIC 3A Sacramento, CA 94230-6215 | | | - | | **Employee Withholding Taxes** **Period: 1/1/2015 - 3/31/2015** | | | | 38,461.57 | 0.00 38,461.57 |
| Account No. **Creditor #: 2** **Internal Revenue Service** P.O. Box 37941 Hartford, CT 06176 | | | - | | **Employee Withholding Taxes** **Tax Form 941** **Period: 7/1/2015 - 9/30/2015** | | | | 27,262.81 | 0.00 27,262.81 |
| Account No. **Internal Revenue Service** P.O. Box 7346 Philadelphia, PA 19101-7346 | | | | | **Representing:** **Internal Revenue Service** | | | | Notice Only | |
| Account No. **United States Attorney** **for Internal Revnue Service** 2500 Tulare Street, Room 4401 Fresno, CA 93721 | | | | | **Representing:** **Internal Revenue Service** | | | | Notice Only | |
| Account No. **Creditor #: 3** **Internal Revenue Service** P.O. Box 37941 Hartford, CT 06176-7941 | | | - | | **Employee Withholding Taxes** **Tx Form 941** **Period: 1/1/2015-3/31/2015** | | | | 21,318.36 | 0.00 21,318.36 |

Sheet __1__ of __2__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | Subtotal (Total of this page) | 0.00 87,042.74 | 87,042.74 |
|---|---|---|---|

In re   **ABATECO, a California corporation**                              ,   Case No. _____

                                          Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Taxes and Certain Other Debts**
**Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. **Creditor #: 4** **Internal Revenue Service** P.O. Box 37941 Hartford, CT 06176-7941 | - | | **Employee Withholding Taxes** **Tax Form 941** **Period: 4/1/2015 - 6/30/2015** | | | | 27,635.79 | 0.00 | 27,635.79 |
| Account No. | | | | | | | | | |
| Account No. | | | | | | | | | |
| Account No. | | | | | | | | | |
| Account No. | | | | | | | | | |

Sheet **2** of **2** continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | | |
|---|---|---|
| Subtotal (Total of this page) | 0.00 | |
| | 27,635.79 | 27,635.79 |
| Total (Report on Summary of Schedules) | 0.00 | |
| | 114,678.53 | 114,678.53 |

B6F (Official Form 6F) (12/07)

In re    **ABATECO, a California corporation**                                    ,        Case No. _____

                                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐    Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.  9010 | | | Credit Card Purchases | | | | |
| Creditor #: 1 **Advanta Credit Cards** P.O. Box 660676 Dallas, TX 75266 | | - | | | | | 14,604.09 |
| Account No. | | | Services rendered | | | | |
| Creditor #: 2 **All State Training Services** 2279 Eagle Glen, Suite 112-206 Corona, CA 92883 | | - | | | | | 5,700.00 |
| Account No.  2803 | | | Automobile insurance | | | | |
| Creditor #: 3 **Allied Insurance** P.O. Box 514540 Los Angeles, CA 90051 | | - | | | | | 354.68 |
| Account No. | | | **Representing:** **Allied Insurance** | | | | |
| **RMS** 77 Harland Street, Suite 401 P.O. Box 280431 East Hartford, CT 06128-0431 | | | | | | | **Notice Only** |

 __11__   continuation sheets attached

                                                                    Subtotal
                                                            (Total of this page)          20,658.77

B6F (Official Form 6F) (12/07) - Cont.

In re    **ABATECO, a California corporation**        Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **Account No. 0887** | | | Telephone services | | | | |
| **Creditor #: 4**<br>**AT&T**<br>**P.O. Box 5014**<br>**Carol Stream, IL 60197** | | - | | | | | 300.00 |
| **Account No. 5624** | | | Credit Card Purchases | | | | |
| **Creditor #: 5**<br>**Bank of America**<br>**P.O. Box 982235**<br>**El Paso, TX 79998** | X | - | | | | | 6,943.17 |
| **Account No. 8967** | | | Credit Card Purchases | | | | |
| **Creditor #: 6**<br>**Bank of America**<br>**P.O. Box 15019**<br>**Wilmington, DE 19886** | | - | | | | | 3,174.67 |
| **Account No. 2701** | | | Repairs and Maintendance | | | | |
| **Creditor #: 7**<br>**Big Brand Tires**<br>**9513 Rosedale Highway**<br>**Bakersfield, CA 93312** | | - | | | | | 1,191.22 |
| **Account No.** | | | Representing:<br>Big Brand Tires | | | | |
| **Big Brand Tire Co.**<br>**805 Via Alondra**<br>**Camarillo, CA 93012** | | | | | | | Notice Only |

Sheet no. __1__ of __11__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)      11,609.06

B6F (Official Form 6F) (12/07) - Cont.

In re    **ABATECO, a California corporation**                                          Case No. _____
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. 8871 | | | | Credit Card Purchases | | | | |
| Creditor #: 8 Chase P.O. Box 15123 Wilmington, DE 19850 | | - | | | | | | 36,703.54 |
| Account No. 3219 | | | | Credit Card Purchases | | | | |
| Creditor #: 9 Chase P.O. Box 15128 Wilmington, DE 19850 | | - | | | | | | 24,096.03 |
| Account No. 2393 | | | | Credit Card Purchases | | | | |
| Creditor #: 10 Chase P.O. Box 15123 Wilmington, DE 19850 | | - | | | | | | 10,703.57 |
| Account No. 3800 | | | | Business Line of Credit | | | | |
| Creditor #: 11 Chase P.O. Box 6026 Mailcode IL1-0054 Chicago, IL 60680-6026 | | - | | | | | | 80,046.47 |
| Account No. | | | | | | | | |
| JP Morgan Chase Bank Mitchell Hultquist P.O. Box 29550 Phoenix, AZ 85038 | | | | Representing: Chase | | | | Notice Only |

Sheet no.  __2__  of  __11__  sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                              151,549.61

B6F (Official Form 6F) (12/07) - Cont.

In re   **ABATECO, a California corporation**
                                                                    ,                  Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| **Account No.** | | | | Loan | | | | |
| **Creditor #: 12**<br>**Daniel Hogan**<br>**9513 Hemingway Place**<br>**Bakersfield, CA 93311** | | - | | | | | | 100,000.00 |
| **Account No. xxx6842** | | | | Registration | | | | |
| **Creditor #: 13**<br>**DMV Renewal**<br>**P.O. Box 942897**<br>**Sacramento, CA 94297** | | - | | 1988 International Dump truck<br>(2014-2015) | | | | 4,120.00 |
| **Account No. xxx2599** | | | | Registration | | | | |
| **Creditor #: 14**<br>**DMV Renewal**<br>**P.O. Box 942897**<br>**Sacramento, CA 94297** | | - | | International Dump truck<br>(2014-2015) | | | | 4,148.00 |
| **Account No. xxx0171** | | | | Registration | | | | |
| **Creditor #: 15**<br>**DMV Renewal**<br>**P.O. Box 942897**<br>**Sacramento, CA 94297** | | - | | 1982 International Dump truck<br>(2014-2015) | | | | 4,110.00 |
| **Account No. xxx78J1** | | | | Registration | | | | |
| **Creditor #: 16**<br>**DMV Renewal**<br>**P.O. Box 942897**<br>**Sacramento, CA 94297** | | - | | 2013 GMC truck<br>(2015) | | | | 1,410.00 |

Sheet no. __3__ of __11__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                113,788.00

B6F (Official Form 6F) (12/07) - Cont.

In re   **ABATECO, a California corporation**                                    Case No. _____

_____
                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. xxx4903 | | | | Registration | | | | |
| Creditor #: 17 DMV Renewal P.O. Box 942897 Sacramento, CA 94297 | | - | | 1988 Peterbuilt truck (2015) | | | | 7,076.00 |
| Account No. xxx80J1 | | | | Registration | | | | |
| Creditor #: 18 DMV Renewal P.O. Box 942897 Sacramento, CA 94297 | | - | | 2013 GMC Sierra truck (104425) (2015) | | | | 703.00 |
| Account No. xxx8003 | | | | Registration | | | | |
| Creditor #: 19 DMV Renewal P.O. Box 942897 Sacramento, CA 94297 | | - | | 2001 Chevrolet truck (2015) | | | | 320.00 |
| Account No. xx4839 | | | | Registration | | | | |
| Creditor #: 20 DMV Renewal P.O. Box 942897 Sacramento, CA 94297 | | - | | 1981 Prowl (2015) | | | | 138.00 |
| Account No. xxx8000 | | | | Registration | | | | |
| Creditor #: 21 DMV Renewal P.O. Box 942897 Sacramento, CA 94297 | | - | | 2001 Chevrolet truck (2015) | | | | 320.00 |

Sheet no. __4__ of __11__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal                            8,557.00
(Total of this page)

B6F (Official Form 6F) (12/07) - Cont.

In re  **ABATECO, a California corporation**                                    Case No. _____
                                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. xxx0164 | | | | Registration 1966 Ford Dump truck (2014) | | | | |
| Creditor #: 22 DMV Renewal P.O. Box 942897 Sacramento, CA 94297 | | - | | | | | | 3,684.00 |
| Account No. xxx0612 | | | | Registration 1988 Ford Dump truck (2014) | | | | |
| Creditor #: 23 DMV Renewal P.O. Box 942897 Sacramento, CA 94297 | | - | | | | | | 2,058.00 |
| Account No. | | | | Attorney fees | | | | |
| Creditor #: 24 Duane Henning, Esq. Law Offices of Duane Henning 4550 California Avenue, Second Floor Bakersfield, CA 93309 | | - | | | | | | 1,290.00 |
| Account No. | | | | Services rendered | | | | |
| Creditor #: 25 Elite Site Services 2004 Norris Road Bakersfield, CA 93308 | | - | | | | | | 222.14 |
| Account No. 9124 | | | | Equipment rental | | | | |
| Creditor #: 26 GCI Equipment Rental 6700 Rosedale Highway Bakersfield, CA 93308 | | - | | | | | | 2,472.88 |

Sheet no. __5__ of __11__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal                 9,727.02
(Total of this page)

B6F (Official Form 6F) (12/07) - Cont.

In re    **ABATECO, a California corporation**                                          Case No. _____
                                                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. 3325 | | | Human Resource Publications | | | | |
| Creditor #: 27<br>HR Direct<br>P.O. Box 451179<br>Fort Lauderdale, FL 33345 | | - | | | | | 77.99 |
| Account No. 1140 | | | Purchase of Supplies | | | | |
| Creditor #: 28<br>HUB Construction Specialties, Inc.<br>P.O. Box 1269<br>San Bernardino, CA 92402-1269 | | - | | | | | 4,274.25 |
| Account No. 1268 | | | Purchase of parts | | | | |
| Creditor #: 29<br>Inline Distributing Company<br>14093 Balboa Blvd.<br>Sylmar, CA 91342 | | - | | | | | 35,149.64 |
| Account No. 6571 | | | Services rendered | | | | |
| Creditor #: 30<br>Jeffries Brothers, Inc.<br>177 Aviation Street<br>Shafter, CA 93263 | | - | | | | | 1,133.79 |
| Account No. | | | Loan | | | | |
| Creditor #: 31<br>Joseph Blanton<br>305 Jamaica Way<br>Bakersfield, CA 93309 | | - | | | | | 151,775.00 |

Sheet no. __6__ of __11__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                     192,410.67

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **ABATECO, a California corporation**                    Case No. _____

                                     Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br> Creditor #: 32 <br> Kern County Tax Collector <br> P.O. Box 541004 <br> Los Angeles, CA 90054 | - | | Unsecured property taxes | | | | 1,107.85 |
| Account No. <br> Creditor #: 33 <br> Kern County Waste Management <br> 2700 M Street <br> Bakersfield, CA 93301 | - | | Waste services | | | | 1,587.72 |
| Account No. <br> Creditor #: 34 <br> Kern Oil Filter Recycling <br> 2355 Road 192 <br> Delano, CA 93215 | - | | Oil waste services | | | | 110.00 |
| Account No. 2720 <br> Creditor #: 35 <br> Liberty Mutual Insurance <br> P.O. Box 85830 <br> San Diego, CA 92186 | - | | Automobile insurance | | | | 1,027.49 |
| Account No. <br> Caine & Weiner <br> 1699 East Woodfield Road, No. 360 <br> Schaumburg, IL 60173 | | | Representing: <br> Liberty Mutual Insurance | | | | Notice Only |

Sheet no. __7__ of __11__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

                                Subtotal <br> (Total of this page)           **3,833.06**

B6F (Official Form 6F) (12/07) - Cont.

In re __ABATECO, a California corporation_____,    Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | Husband, Wife, Joint, or Community — DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. 0053<br>Creditor #: 36<br>Lowes Business Acct/GECRB<br>P.O. Box 530970<br>Atlanta, GA 30353-0970 | | - | Credit Card Purchases | | | | 8,077.30 |
| Account No.<br>Creditor #: 37<br>Mary Blanton<br>305 Jamaica Way<br>Bakersfield, CA 93309 | | - | Loans | | | | 227,215.00 |
| Account No.<br>Creditor #: 38<br>NATEC International, Inc.<br>P.O. Box 25205<br>Anaheim, CA 92825 | | - | Training services | | | | 1,156.00 |
| Account No.<br>Creditor #: 39<br>Oildale Mutual Water Company<br>P.O. Box 5638<br>Bakersfield, CA 93388 | | - | Water service | | | | 203.99 |
| Account No. xB-001<br>Creditor #: 40<br>Oildale Tire Company<br>13061 Rosedale Highway<br>Suite G, No. 401<br>Bakersfield, CA 93314 | | - | Repairs and maintenance | | | | 2,309.43 |

Sheet no. __8__ of __11__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                238,961.72

B6F (Official Form 6F) (12/07) - Cont.

In re  **ABATECO, a California corporation**                                              Case No. _____

                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **2577** | | | | Postage Meter rental | | | | |
| Creditor #: 41 Pitney Bowes P.O. Box 371887 Pittsburgh, PA 15250-7887 | | - | | | | | | 926.75 |
| Account No. | | | | Representing: Pitney Bowes | | | | |
| Allen Maxwell Silver 190 Sylvan Avenue Englewood Cliffs, NJ 07632 | | | | | | | | Notice Only |
| Account No. | | | | Services rendered | | | | |
| Creditor #: 42 Scientific Analytical Institute, Inc. 4604 Dundas Drive Greensboro, NC 27407 | | - | | | | | | 332.14 |
| Account No. | | | | Workman's compensation insurance audit | | | | |
| Creditor #: 43 State Compensation Insurance Fund P.O. Box 9102 Pleasanton, CA 94566 | | - | | | | | | 55,432.66 |
| Account No. | | | | Representing: State Compensation Insurance Fund | | | | |
| Northern California Collection Service P.O. Box 13765 Sacramento, CA 95853 | | | | | | | | Notice Only |

Sheet no. __9__ of __11__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                       56,691.55

B6F (Official Form 6F) (12/07) - Cont.

In re **ABATECO, a California corporation**                    Case No. _____
                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. x6723 | | | Equipment rental | | | | |
| Creditor #: 44 Sunbelt Rentals P.O. Box 409211 Atlanta, GA 30384 | | - | | | | | 282.03 |
| Account No. | | | Office rents | | | | |
| Creditor #: 45 Susan Woods 2305 Barnett Street Bakersfield, CA 93308 | | - | | | | | 10,050.00 |
| Account No. 126 | | | Equipment rental | | | | |
| Creditor #: 46 Transportation Equiment Company P.O. Box 9845 Bakersfield, CA 93389 | | - | | | | | 5,786.67 |
| Account No. | | | Services rendered | | | | |
| Creditor #: 47 Truck Doctor, LLC 4615 East Brundage Lane Bakersfield, CA 93307 | | - | | | | | 2,324.71 |
| Account No. 7832 | | | Credit Card Purchases | | | | |
| Creditor #: 48 U.S. Bank P.O. Box 790408 Saint Louis, MO 63179 | | - | | | | | 31,499.81 |

Sheet no. __10__ of __11__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)           49,943.22

B6F (Official Form 6F) (12/07) - Cont.

In re  **ABATECO, a California corporation**                                    Case No. _____

                                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. 6319 | | | | | Credit Card Purchases | | | | |
| Creditor #: 49 U.S. Bank P.O. Box 790408 Saint Louis, MO 63179 | | - | | | | | | | 27,256.74 |
| Account No. 8077 | | | | | Credit Card Purchases | | | | |
| Creditor #: 50 U.S. Bank P.O. Box 790408 Saint Louis, MO 63179 | | - | | | | | | | 25,576.28 |
| Account No. 1511 | | | | | Services rendered | | | | |
| Creditor #: 51 United Rentals 6125 Lakeview Road, Suite 300 Charlotte, NC 28269 | | - | | | | | | | 4,790.39 |
| Account No. 9203 | | | | | Credit Card Purchases | | | | |
| Creditor #: 52 Wells Fargo Businesscard P.O. Box 348750 Sacramento, CA 95834 | | - | | | | | | | 5,777.96 |
| Account No. 9095 | | | | | Line of Credit | | | | |
| Creditor #: 53 Wells Fargo Businessline P.O. Box 348750 Sacramento, CA 95834 | | - | | | | | | | 39,568.88 |

Sheet no. __11__ of __11__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

| | Subtotal (Total of this page) | 102,970.25 |
|---|---|---|
| | Total (Report on Summary of Schedules) | 960,699.93 |

B6G (Official Form 6G) (12/07)

In re    **ABATECO, a California corporation**
                                                                    Case No. _____
                              Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

■ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|

**0**
_____ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

B6H (Official Form 6H) (12/07)

In re **ABATECO, a California corporation**
                                                    Case No. _____
                                    ,
                            Debtor

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Mary Blanton** | **Bank of America**<br>**P.O. Box 982235**<br>**El Paso, TX 79998** |

**0**
_____ continuation sheets attached to Schedule of Codebtors

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

Fill in this information to identify your case:

| | |
|---|---|
| Debtor 1 | **Mary Blanton** |
| Debtor 2 (Spouse, if filing) | |
| United States Bankruptcy Court for the: | EASTERN DISTRICT OF CALIFORNIA |
| Case number (If known) | |

Check if this is:

☐ An amended filing

☐ A supplement showing post-petition chapter 13 income as of the following date:

MM / DD/ YYYY

# Official Form B 6I

## Schedule I: Your Income

12/13

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1:   Describe Employment

1. **Fill in your employment information.**

   If you have more than one job, attach a separate page with information about additional employers.

   Include part-time, seasonal, or self-employed work.

   Occupation may include student or homemaker, if it applies.

| | | Debtor 1 | Debtor 2 or non-filing spouse |
|---|---|---|---|
| Employment status | | ■ Employed<br>☐ Not employed | ■ Employed<br>☐ Not employed |
| Occupation | | | |
| Employer's name | | | |
| Employer's address | | | |
| How long employed there? | | | |

### Part 2:   Give Details About Monthly Income

Estimate monthly income as of the date you file this form. If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| 2. | List monthly gross wages, salary, and commissions (before all payroll deductions). If not paid monthly, calculate what the monthly wage would be. | 2. | $ 0.00 | $ 0.00 |
| 3. | Estimate and list monthly overtime pay. | 3. | +$ 0.00 | +$ 0.00 |
| 4. | Calculate gross Income. Add line 2 + line 3. | 4. | $ 0.00 | $ 0.00 |

Debtor 1    __ABATECO, a California corporation_____    Case number (if known) _____

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| | Copy line 4 here ........................................... | 4. | $ 0.00 | $ 0.00 |

**5.  List all payroll deductions:**

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| 5a. | Tax, Medicare, and Social Security deductions | 5a. | $ 0.00 | $ 0.00 |
| 5b. | Mandatory contributions for retirement plans | 5b. | $ 0.00 | $ 0.00 |
| 5c. | Voluntary contributions for retirement plans | 5c. | $ 0.00 | $ 0.00 |
| 5d. | Required repayments of retirement fund loans | 5d. | $ 0.00 | $ 0.00 |
| 5e. | Insurance | 5e. | $ 0.00 | $ 0.00 |
| 5f. | Domestic support obligations | 5f. | $ 0.00 | $ 0.00 |
| 5g. | Union dues | 5g. | $ 0.00 | $ 0.00 |
| 5h. | Other deductions. Specify: _____ | 5h.+ | $ 0.00 | + $ 0.00 |

**6.  Add the payroll deductions.**  Add lines 5a+5b+5c+5d+5e+5f+5g+5h.    6.    $ 0.00    $ 0.00

**7.  Calculate total monthly take-home pay.**  Subtract line 6 from line 4.    7.    $ 0.00    $ 0.00

**8.  List all other income regularly received:**

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| 8a. | Net income from rental property and from operating a business, profession, or farm<br>Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income. | 8a. | $ 0.00 | $ 0.00 |
| 8b. | Interest and dividends | 8b. | $ 0.00 | $ 0.00 |
| 8c. | Family support payments that you, a non-filing spouse, or a dependent regularly receive<br>Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement. | 8c. | $ 0.00 | $ 0.00 |
| 8d. | Unemployment compensation | 8d. | $ 0.00 | $ 0.00 |
| 8e. | Social Security | 8e. | $ 0.00 | $ 0.00 |
| 8f. | Other government assistance that you regularly receive<br>Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies.<br>Specify: _____ | 8f. | $ 0.00 | $ 0.00 |
| 8g. | Pension or retirement income | 8g. | $ 0.00 | $ 0.00 |
| 8h. | Other monthly income. Specify: _____ | 8h.+ | $ 0.00 | + $ 0.00 |

**9.  Add all other income.**  Add lines 8a+8b+8c+8d+8e+8f+8g+8h.    9.    $ 0.00    $ 0.00

**10.  Calculate monthly income.**  Add line 7 + line 9.    10.    $ 0.00  + $ 0.00  = $ 0.00
Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse.

**11.  State all other regular contributions to the expenses that you list in Schedule J.**
Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.
Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in *Schedule J.*
Specify: _____    11.  + $ 0.00

**12.  Add the amount in the last column of line 10 to the amount in line 11.**  The result is the combined monthly income.
Write that amount on the *Summary of Schedules* and *Statistical Summary of Certain Liabilities* and Related *Data*, if it
applies    12.    $ 0.00
**Combined monthly income**

**13.  Do you expect an increase or decrease within the year after you file this form?**
■  No.
☐  Yes. Explain: _____

Fill in this information to identify your case:

| | |
|---|---|
| Debtor 1 | **Mary Blanton** |
| Debtor 2 (Spouse, if filing) | |
| United States Bankruptcy Court for the: | EASTERN DISTRICT OF CALIFORNIA |
| Case number (If known) | |

Check if this is:

☐ An amended filing

☐ A supplement showing post-petition chapter 13 expenses as of the following date:

_____
MM / DD / YYYY

☐ A separate filing for Debtor 2 because Debtor 2 maintains a separate household

## Official Form B 6J
## Schedule J: Your Expenses                                                                12/13

**Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.**

### Part 1:    Describe Your Household

1. **Is this a joint case?**

   ■ No. Go to line 2.

   ☐ Yes. **Does Debtor 2 live in a separate household?**

      ☐ No

      ☐ Yes. Debtor 2 must file a separate Schedule J.

2. **Do you have dependents?**    ■ No

   Do not list Debtor 1 and Debtor 2.

   Do not state the dependents' names.

   ☐ Yes. Fill out this information for each dependent..............

   | Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
   |---|---|---|
   | _____ | _____ | ☐ No   ☐ Yes |
   | _____ | _____ | ☐ No   ☐ Yes |
   | _____ | _____ | ☐ No   ☐ Yes |
   | _____ | _____ | ☐ No   ☐ Yes |

3. **Do your expenses include expenses of people other than yourself and your dependents?**    ■ No    ☐ Yes

### Part 2:    Estimate Your Ongoing Monthly Expenses

**Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental *Schedule J*, check the box at the top of the form and fill in the applicable date.**

Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on *Schedule I: Your Income* (Official Form 6I.)

| | **Your expenses** |
|---|---|

| | | | |
|---|---|---|---|
| 4. | The rental or home ownership expenses for your residence. Include first mortgage payments and any rent for the ground or lot. | 4. $ | 0.00 |
| | If not included in line 4: | | |
| 4a. | Real estate taxes | 4a. $ | 0.00 |
| 4b. | Property, homeowner's, or renter's insurance | 4b. $ | 0.00 |
| 4c. | Home maintenance, repair, and upkeep expenses | 4c. $ | 0.00 |
| 4d. | Homeowner's association or condominium dues | 4d. $ | 0.00 |
| 5. | Additional mortgage payments for your residence, such as home equity loans | 5. $ | 0.00 |

Debtor 1    **ABATECO, a California corporation**                    Case number (if known)

6. **Utilities:**
    6a.   Electricity, heat, natural gas                        6a.  $          0.00
    6b.   Water, sewer, garbage collection                 6b.  $          0.00
    6c.   Telephone, cell phone, Internet, satellite, and cable services  6c.  $          0.00
    6d.   Other. Specify:                                6d.  $          0.00

7. **Food and housekeeping supplies**                  7.  $          0.00
8. **Childcare and children's education costs**          8.  $          0.00
9. **Clothing, laundry, and dry cleaning**             9.  $          0.00
10. **Personal care products and services**           10.  $          0.00
11. **Medical and dental expenses**                11.  $          0.00
12. **Transportation.** Include gas, maintenance, bus or train fare.
    Do not include car payments.                        12.  $          0.00
13. **Entertainment, clubs, recreation, newspapers, magazines, and books**  13.  $          0.00
14. **Charitable contributions and religious donations**      14.  $          0.00
15. **Insurance.**
    Do not include insurance deducted from your pay or included in lines 4 or 20.
    15a.  Life insurance                           15a.  $          0.00
    15b.  Health insurance                        15b.  $          0.00
    15c.  Vehicle insurance                      15c.  $          0.00
    15d.  Other insurance. Specify:               15d.  $          0.00
16. **Taxes.** Do not include taxes deducted from your pay or included in lines 4 or 20.
    Specify:                                 16.  $          0.00
17. **Installment or lease payments:**
    17a.  Car payments for Vehicle 1              17a.  $          0.00
    17b.  Car payments for Vehicle 2               17b.  $          0.00
    17c.  Other. Specify:                       17c.  $          0.00
    17d.  Other. Specify:                       17d.  $          0.00
18. **Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5, *Schedule I, Your Income* (Official Form 6I).**  18.  $          0.00
19. **Other payments you make to support others who do not live with you.**
    Specify:                                19.
20. **Other real property expenses not included in lines 4 or 5 of this form or on *Schedule J: Your Income*.**
    20a.  Mortgages on other property               20a.  $          0.00
    20b.  Real estate taxes                      20b.  $          0.00
    20c.  Property, homeowner's, or renter's insurance    20c.  $          0.00
    20d.  Maintenance, repair, and upkeep expenses    20d.  $          0.00
    20e.  Homeowner's association or condominium dues  20e.  $          0.00
21. **Other:** Specify:                        21.  +$          0.00

22. **Your monthly expenses.** Add lines 4 through 21.      22.  $          0.00
    The result is your monthly expenses.
23. **Calculate your monthly net income.**
    23a.  Copy line 12 *(your combined monthly income)* from Schedule I.  23a.  $          0.00
    23b.  Copy your monthly expenses from line 22 above.  23b.  -$          0.00

    23c.  Subtract your monthly expenses from your monthly income.  23c.  $          0.00
         The result is your *monthly net income.*

24. **Do you expect an increase or decrease in your expenses within the year after you file this form?**
    For example, do you expect to finish paying for your car loan within the year or do you expect your mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

    ■  No.
    ☐  Yes.
    Explain:

B6 Declaration (Official Form 6 - Declaration). (12/07)

# United States Bankruptcy Court
## Eastern District of California

In re   **ABATECO, a California corporation**

Debtor(s)

Case No. _____

Chapter   **11**

## DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the President of the corporation named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of ___**33**___ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date **November 4, 2015**

Signature   **/s/ Mary Blanton**
**Mary Blanton**
**President**

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

B7 (Official Form 7) (04/13)

# United States Bankruptcy Court
## Eastern District of California

In re  **ABATECO, a California corporation**

Debtor(s)

Case No. _____

Chapter  **11**

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

## *DEFINITIONS*

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any persons in control of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(2), (31).

---

**1. Income from employment or operation of business**

None ☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| **$693,503.00** | **2015: Abateco** |
| **$2,012,837.00** | **2014: Abateco** |
| **$2,915,307.00** | **2013: Abateco** |

---

**2. Income other than from employment or operation of business**

None ■

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

AMOUNT                SOURCE

B7 (Official Form 7) (04/13)

---

### 3. Payments to creditors

**None**
■    *Complete a. or b., as appropriate, and c.*

   a.   *Individual or joint debtor(s) with primarily consumer debts:* List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

**None**
☐    b.   *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $6,225*.  If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency.  (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|
| **Joseph E. Abraham Trust**<br>**1414 South Miller Street East**<br>**Santa Maria, CA 93454** | 8/2015  $4,000.00<br>9/2015  $5,000.00 | $9,000.00 | $432,779.00 |
| **John Deere Financial**<br>**P.O. Box 4450**<br>**Carol Stream, IL 60197-4450** | 7/2015  $4,748.55<br>8/2015  $1,200.00<br>10/2015 $17,000.00 | $22,948.55 | $42,000.00 |
| **DMV Renewal**<br>**P.O. Box 942897**<br>**Sacramento, CA 94297** | 8/2015  $2,170.00<br>9/2015  $4,385.00 | $6,555.00 | $21,532.00 |
| **Ally Financial   (Loan No. XX4119)**<br>**PO Box 380902**<br>**Minneapolis, MN 55438** | 7/2015  $2,023.68<br>9/2015  $310.14<br>10/2015 $1.215.11 | $3,548.93 | $21,363.50 |
| **Ally Financial   (Loan No. XX4756)**<br>**PO Box 380902**<br>**Minneapolis, MN 55438** | 8/2915  $1,495.35<br>9/2015  $1,065.80<br>10/2015 $1,011.26 | $3,572.41 | $22,013.09 |
| **Ally Financial   (Loan No. XX1771)**<br>**PO Box 380902**<br>**Minneapolis, MN 55438** | 7/2015  $2,023.68<br>9/2015  $211.06<br>10/2015 $1,525.25 | $3,759.99 | $21,363.50 |
| **Ally Financial   (Loan No. XX1768)**<br>**PO Box 380902**<br>**Minneapolis, MN 55438** | 7/2015  $2,142.48<br>9/2015  $328.26<br>10/2015 $1,379.10 | $3,849.84 | $21,126.50 |
| **Ally Financial   (Loan No. XX7009)**<br>**PO Box 380902**<br>**Minneapolis, MN 55438** | 8/2015  $1,747.76<br>10/2015 $5,004.37 | $6,752.13 | $38,000.00 |
| **Ally Financial   (Loan No. XX7428)**<br>**PO Box 380902**<br>**Minneapolis, MN 55438** | 7/2015  $1,990.53<br>9/2015  $414.46<br>10/2015 $1,088.83 | $3,493.82 | $18,427.71 |
| **Ally Financial   (Loan No. XX5924)**<br>**PO Box 380902**<br>**Minneapolis, MN 55438** | 9/2015  $2,551.74<br>10/2015 $2,717.72 | $5,269.46 | $34,631.78 |

* *Amount subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

B7 (Official Form 7) (04/13)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|
| **Ally Financial    (Loan No. XX5146)**<br>**PO Box 380902**<br>**Minneapolis, MN 55438** | **9/2015   $1,450.20**<br>**10/2015 $1,514.72** | **$2,994.92** | **$19,728.77** |

None ■
   c.   *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

**4.  Suits and administrative proceedings, executions, garnishments and attachments**

None ■
   a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|

None ■
   b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**5.  Repossessions, foreclosures and returns**

None ☐
   List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Ally Financial    (Loan No. XX3572)**<br>**PO Box 380902**<br>**Minneapolis, MN 55438** | **7/2015** | **Description: 2013 GMC Sierra truck (#4285)**<br>**Value: $18,000.00** |

**6.  Assignments and receiverships**

None ■
   a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

B7 (Official Form 7) (04/13)

| None ■ | b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.) |

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- | --- |

**7. Gifts**

| None ■ | List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.) |

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
| --- | --- | --- | --- |

**8. Losses**

| None ■ | List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.) |

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
| --- | --- | --- |

**9. Payments related to debt counseling or bankruptcy**

| None ☐ | List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case. |

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYER IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |
| **Law Offices of Leonard K. Welsh**<br>**4550 California Avenue, Second Floor**<br>**Bakersfield, CA 93309** | **10/16/2015**<br>**11/4/2015** | **$907.50 - attorneys fees**<br>**$5,359.50 - attorneys fees and costs** |

**10. Other transfers**

| None ☐ | a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.) |

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
| --- | --- | --- |
| **Pedro Serrato**<br>**509 Terrace Way**<br>**Bakersfield, CA 93305**<br>**None** | **9/30/2015** | **Description: 2005 Chevrolet truck (non-running)**<br>**Value: $100.00** |

| None ■ | b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary. |

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
| --- | --- | --- |

B7 (Official Form 7) (04/13)

**11. Closed financial accounts**

None ☐

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|
| **Bank of the Sierra**<br>**Bakersfield, CA** | **Account Type: Checking**<br>**Account No.: XX8970**<br>**Balance: $0.00** | **9/2015** |
| **Chase Bank**<br>**Bakersfield, CA** | **Account Type: Savings**<br>**Account No.: XX8394**<br>**Balance: $0.00** | **3/2015** |

**12. Safe deposit boxes**

None ■

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

**13. Setoffs**

None ■

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

**14. Property held for another person**

None ■

List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|

**15. Prior address of debtor**

None ☐

If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|
| **850 Petrol Road**<br>**Bakersfield, CA 93308** | **Abateco** | **10/1992 to 3/2013** |

B7 (Official Form 7) (04/13)

#### 16. Spouses and Former Spouses

None ☑    If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

#### 17. Environmental Information.

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None ☑    a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None ☑    b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None ☑    c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

#### 18 . Nature, location and name of business

None ☐    a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|

B7 (Official Form 7) (04/13)

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|
| **Abateco** | **77-0195294** | **3605 Renfro Road Bakersfield, CA 93314** | **Abestos removal** | **1/1989 to Present** |

None
■      b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

NAME                                            ADDRESS

---

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement **only** if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

---

**19. Books, records and financial statements**

None
☐      a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

NAME AND ADDRESS                                                          DATES SERVICES RENDERED
**Brennan Millan & Company, LLP**                                        **2003 to Present**
**9720 Brimhall Road**
**Bakersfield, CA 93312**

None
■      b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

NAME                             ADDRESS                          DATES SERVICES RENDERED

None
☐      c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

NAME                                                          ADDRESS
**Brennan Millan & Company, LLP**                             **9720 Brimhall Road**
                                                              **Bakersfield, CA 93312**

**Mary Blanton**                                              **3605 Renfro Road**
                                                              **Bakersfield, CA 93314**

None
☐      d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

NAME AND ADDRESS                                              DATE ISSUED
**Insurance Agency**                                         **1/2015**
**Edgewood Partners**
**1900 MacArthur Blvd**
**Penthouse Floor**
**Irvine, CA 92612**

**Aera Energy, LLC**                                         **8/2015**
**10000 Ming Avenue**
**Bakersfield, CA 93311**

B7 (Official Form 7) (04/13)

**20. Inventories**

None ■  a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY (Specify cost, market or other basis) |
|---|---|---|

None ■  b. List the name and address of the person having possession of the records of each of the inventories reported in a., above.

| DATE OF INVENTORY | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY RECORDS |
|---|---|

---

**21 . Current Partners, Officers, Directors and Shareholders**

None ☐  a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
|---|---|---|
| **Mary Blanton** | **President** **Secretary** **Treasurer** | **100%** |
| **Joe Blanton** | **Vice President** | **0%** |

None ■  b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|

---

**22 . Former partners, officers, directors and shareholders**

None ■  a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
|---|---|---|

None ■  b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|---|---|---|

---

**23 . Withdrawals from a partnership or distributions by a corporation**

None ☐  If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Mary Blanton** **President** | **2014 - loan repayment** **2015 - loan repayment** | **$4,000.00** **$4,700.00** |

B7 (Official Form 7) (04/13)

---

**24. Tax Consolidation Group.**

None
■    If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

NAME OF PARENT CORPORATION                                    TAXPAYER IDENTIFICATION NUMBER (EIN)

---

**25. Pension Funds.**

None
■    If the debtor is not an individual, list the name and federal taxpayer-identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

NAME OF PENSION FUND                                         TAXPAYER IDENTIFICATION NUMBER (EIN)

* * * * * *

B7 (Official Form 7) (04/13)

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information and belief.

Date **November 4 , 2015**            Signature    /s/ Mary Blanton

                                                    **Mary Blanton**
                                                    **President**

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*